# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ANTHONY STIGGER**                                                     **PLAINTIFF**

**v.**                         **Case No: 2:23-CV-00160-LPR-PSH**

**DOES**                                                          **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 17th day of October 2023.

 

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE